IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | § § § | |
| vs. | § § | CAUSE NO. 5:11-CR-00410-FB |
| JANE M. PERRY,<br>Defendant. | § § § | |

Filed 1-30-12
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

## ORDER

On this 30 day of January, 2012, came to be considered Defendant's Unopposed Motion Requesting Permission to Attend Family Outings. The Court, having considered the relevant pleading, the Honorable Court finds that the Motion be:

(GRANTED.)         DENIED.

Defendant is permitted to participate in family events outside of her parents' home from February 7-12, 2012 between the hours of 9:00 a.m. to 11:00 p.m.

_____
for HONORABLE JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE

AUSA Margaret Leachman does not oppose

Pretrial Services Officer does not oppose